UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RYAN SOSTAK,<br><br>                     Plaintiff<br>   v.<br><br>DEREK DAPRATO and DAPRATO FAMILY TRUST,<br><br>                     Defendants | CASE NO: 2:23-cv-00376-JCN |

<u>CONSENT JUDGMENT
COUNT 1</u>

The undersigned counsel for the Plaintiff Ryan Sostak and the Defendant Derek DaPrato, with the permission and on behalf of their clients, hereby enter a consent judgment in this matter. Judgment for the Plaintiff on Count 1 – Civil Conspiracy - shall enter and damages in the amount of $1,000,000.00 (one million dollars) plus statutory interest shall be awarded to the Plaintiff. Counsel for the respective parties agree that a Judgment in this case shall enter and a Writ of Execution can enter immediately.

Dated January 22, 2025, in Portland, Maine.


/s/ Thomas F. Hallett
Thomas F. Hallett, Bar No. 3142
Attorney for Defendants
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
PH: 207-775-4255
thallett@hww.law

/s/ Thomas R. Miscio
Thomas R. Miscio, Bar No. 4578
Attorney for the Plaintiff
Bergen & Parkinson, LLC
144 Main Street
Saco, ME 04072
PH: 207-283-1000
tmiscio@bergenparkinson.com

Dated: February 21, 2025

/s/ John C. Nivison
US Magistrate Judge